# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| QUEST CAPITAL PARTNERS, LLC, | )<br>) |
| Plaintiff, | ) Case No. 2:17-cv-00379-APG-GWF<br>) |
| vs. | ) **ORDER**<br>) |
| NONINVASIVE MEDICAL TECHNOLOGIES INC., | )<br>)<br>) |
| Defendant. | )<br>) |

This matter is before the Court on Plaintiff's failure to file a Certificate as to Interested Parties as required by LR 7.1-1. The Complaint (ECF No. 1) in this matter was filed February 7, 2017. LR 7.1-1 requires that pro se parties and attorneys for private non-governmental parties must, upon entering a case, file a certificate as to interested parties, listing all persons, firms, partnerships or corporations, known to have a direct, pecuniary interest in the outcome of the case, including the names of all parent subsidiary, affiliate and/or insider of the named non-individual parties. If there are no known interested parties, other than those participating in the case, a statement to that effect must be filed. To date, Plaintiff has failed to comply. Accordingly,

**IT IS ORDERED** that Plaintiff shall file a Certificate as to Interested Parties, which fully complies with LR 7.1-1 no later than **March 10, 2017.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 3rd day of March, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge