Mark Hawkins (Nevada Bar No. 8490)
Brenoch Wirthlin (Nevada Bar No. 10282)
FENNEMORE CRAIG, P.C.
300 South Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 692-8000
Facsimile: (702) 692-8099
Email: mhawkins@fclaw.com
Email: bwirthlin@fclaw.com

Fred K. Herrmann (Michigan Bar No. P49519)
Admitted *pro hac vice*
KERR, RUSSELL AND WEBER, PLC
500 Woodward Avenue, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 361-0200
Facsimile: (313) 961-0388
Email: fherrmann@kerr-russell.com

*Attorneys for Plaintiff, Quest Capital Partners, LC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| QUEST CAPITAL PARTNERS, LC, a Florida corporation,<br><br>Plaintiff,<br><br>v.<br><br>NONINVASIVE MEDICAL TECHNOLOGIES, INC., a Nevada corporation,<br><br>Defendant. | Case No.: 2:17-cv-00379-APG-GWF<br><br>**STIPULATION OF DISMISSAL**<br><br>**ORDER** |

## STIPULATION OF DISMISSAL

Plaintiff Quest Capital Partners, LC ("Quest") and Defendant Noninvasive Medical Technologies, Inc. ("NMT") hereby stipulate to the dismissal, with prejudice, of all claims and defenses asserted by either party in the above captioned action. Each party shall bear its own costs, expenses, and attorneys' fees.

Quest and NMT further agree that this stipulation is executed pursuant to the terms and

{36595/1/D1167885.DOCX;1}

conditions of a Confidential Settlement Agreement and Mutual Release entered into between Quest and NMT dated July 14, 2017, and that this Court retains jurisdiction to enforce the terms and conditions of the Confidential Settlement Agreement and Mutual Release.

DATED this 20th day of July, 2017

FENNEMORE CRAIG, P.C.

/s/ Brenoch R. Wirthlin

Brenoch R. Wirthlin (Nevada Bar No. 10282)
300 South Fourth Street, Suite 1400
Las Vegas, Nevada 89101

KERR, RUSSELL AND WEBER, PLC

/s/ Fred K. Herrmann

Fred K. Herrmann (Michigan Bar No. P49519)
Admitted *pro hac vice*
500 Woodward Avenue, Suite 2500
Detroit, Michigan 48226

*Attorneys for Plaintiff,*
*Quest Capital Partners, LC*

SEMENZA KIRCHER RICKARD

/s/ Jarrod L. Rickard

Jarrod L. Rickard (Nevada Bar No. 10203)
10161 Park Run Dr., Suite 150
Las Vegas, Nevada 89145

*Attorneys for Defendant,*
*Noninvasive Medical Technologies, Inc.*

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE
Dated: July 21, 2017.

BWIRTHLI/13081626.1/040931.0001

{36595/1/D1167885.DOCX;1}    2